UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH LEDOUX SR.,

    Petitioner,

v.

Kathleen Dennehy, et al.

    Respondents

CIVIL ACTION
No. 04-10116-WGY

ADDENDUM TO PETITIONER'S MOTION OF
OPPOSITION TO RESPONDENT'S MOTION TO
DISMISS PETITIONER'S WRIT AS TIME BARRED
AND IN RESPONSE TO THIS COURT'S ORDER

    Petitioner, Joseph LeDoux Sr., respectfully submits this addendum to his Motion of Opposition to the Respondent's Motion to Dismiss his Writ of Habeas Corpus as Time Barred and in response to this Court's order dated March 1, 2004 [Docket No. 9].

    In response to the Court's questions:

    1. LeDoux's Motion to Revise and Revoke sentence filed on August 27, 1996 did not challenge in any way the legal sufficiency of his convictions or imposition of his sentences, as was evident by the exhibit introduced in the petitioner's earlier filing for which this is added to. Please see Exhibit B of Petitioner's Motion dated February 23, 2004.

    2. Therefore, Bland v. Hall should have the impact on the outcome of this case is that this Court should dismiss the Respondent's Motion to Dismiss the Petitioner's Writ, so that this Honorable Court can concentrate it's energies on the meritorious issues raised in the Writ.

-2-

For the foregoing reasons and those included in the petitioner's previous filing on this matter the petitioner respectfully requests that this Court deny and dismiss the respondent's motion to dismiss.

The petitioner further moves to dismiss respondent Lois E. Robinson, Superintendent from the Writ. Ms. Robinson has retired and there is not currently a permanant superintendent of the institution where the petitioner is being held. The petitioner knew this was a possibility and therefore named the Commissioner, Kathleen M. Dennehy to the Writ.

Respectfully submitted,

*Joseph LeDoux Sr.*

Joseph LeDoux Sr. pro se
P.O. Box 207
South Carver, MA 02366

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served upon the respondent's attorney, A.A.G. Maura D McLaughlin by mailing the same by first class mail, postage pre-paid to her place of business at One Ashburnham Place, Boston, MA 02108 on this 8th day of March, 2004.

*Joseph LeDoux Sr.*
Joseph LeDoux Sr., pro se