UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH LEDOUX, SR., <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN M. DENNEHY, et al. <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-10116-WGY <br> ) <br> ) <br> ) <br> ) |

<u>ORDER</u>

YOUNG, C.J.                                                April 15, 2004

The Court hereby orders the parties to submit to this Court, within 20 days of this order, a copy of Petitioner Joseph Ledoux, Sr.'s Motion to Revise and Revoke Sentence, filed August 27, 1996.

There will be no further oral argument, and upon receipt and consideration of the petitioner's Motion to Revise and Revoke, the Court shall rule promptly on the Respondents' Motion To Dismiss Petition For Writ Of Habeas Corpus [Docket No. 5].

SO ORDERED.

/s/ William G. Young

WILLIAM G. YOUNG
CHIEF JUDGE