Joseph LeDoux Sr., W56071
P.O. Box 1069
West Concord, MA 01742

April 13, 2004

Clerk
United States District Court
U.S. Courthouse, 1 Courthouse Way
Boston, Massachusetts  02210

Dear Clerk,

Could you please change the addresses on the following docket numbers so that they reflect the above cited new address;

    LeDoux Sr. v. Dennehy, C.A. 04-10116-WGY

    LeDoux Sr. v. Dep't of Corr. C.A. 03-10853-REK

    LeDoux Sr. v. Dep't of Corr. C.A. 03-10944-MLW

Thank you for your time and attention to this correspondence.

                  Very truly yours,

                  *Joseph LeDoux Sr.*

                  Joseph LeDoux Sr., pro se

cc: DOC Legal Div.
    File